

FILED
DISTRICT COURT OF GUAM

AUG 3 0 2004

MARY L. M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Respondent,<br><br>vs.<br><br>BERNARD DELEON VALENCIA,<br>Defendant-Petitioner. | Criminal Case No. 00-00129<br>Civil Case No. 03-00006<br><br><br><br>O R D E R |

This matter comes before the Court for a de novo determination of the Report and

Recommendation filed herein on June 1, 2004 by the Magistrate Judge of Defendant-Petitioner's

28 U.S.C. § 2255 Motion to Vacate, Set Aside or Correct his sentence in Criminal Case No. 00-

00129.

Defendant has filed an objection to the Magistrate Judge's Proposed Findings and

Recommendations without stating any grounds for his objection. Based upon the Court's de

novo determination of the above referenced Report and Recommendation and the absence of

any stated grounds by the Defendant-Petitioner for his objection, it is hereby Ordered that the

1  Report and Recommendation filed herein by the Magistrate Judge is accepted and adopted. The

2  Defendant's 28 U.S.C. § 2255 Motion to Vacate, Set Aside or Correct his sentence is denied.

3
   It is so Ordered this ___30 th___ day of August, 2004.
4

5

6                                          _____
                                           U.S. District Judge Ronald S. W. Lew
7                                          Designated Judge, District Court of Guam

8

9

10

11

12      Notice is hereby given that this document was
        entered on the docket on __8-30-04__.
13      No separate notice of entry on the docket will
        be issued by this Court.
14               Mary L. M. Moran
                 Clerk, District Court of Guam
15
        By: _Marilyn B. Alcon___ 8-30-04_
16          Deputy Clerk          Date

17

18

19

20

21

22

23

24

25

26

27

28