FILED
DISTRICT COURT OF GUAM
AUG 30 2004
MARY L. M. MORAN
CLERK OF COURT

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff-Respondent,<br><br>vs.<br><br>BERNARD DELEON VALENCIA,<br>Defendant-Petitioner. | Criminal Case No. 00-00129<br>Civil Case No. 03-00006<br><br><br>**J U D G M E N T** |

This matter came before the Court on Defendant-Petitioner's Motion to Vacate, Set Aside or Correct his sentence in Criminal Case No. 00-00129. The matter was referred to the Magistrate Judge, who filed his Report and Recommendation on June 1, 2004. The Magistrate Judge recommended to the Court that Defendant-Petitioner's 28 U.S.C. § 2255 motion be denied. On July 19, 2004, Defendant-Petitioner filed an objection to the Magistrate Judge's Proposed Findings and Recommendation without stating any grounds for his objection. The Court, having made a de novo determination of the Magistrate Judge's proposed Findings and Recommendation and having noted that Defendant-Petitioner stated no grounds for his

objection, accepted and adopted the Magistrate Judge's proposed Findings and Recommendation and denied Defendant-Petitioner's § 2255 motion by its Order of even date.

The Court now enters Judgment in the above captioned matter, consistent with the said Order.

Judgment is hereby entered accordingly.

So Ordered this 30th day of August, 2004.

_____
U.S. District Judge Ronald S. W. Lew
Designated Judge, District Court of Guam

Notice is hereby given that this document was entered on the docket on 8-30-04.
No separate notice of entry on the docket will be issued by this Court.
Mary L. M. Moran
Clerk, District Court of Guam
By: Marilyn B. Alcon  8-30-04
Deputy Clerk / Date